No. 03–5160.  GRIM v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 03–5161.  GRAHAM v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 03–5162.  MCCORMICK v. KANSAS.  Ct. App. Kan.  Certiorari denied.

No. 03–5163.  MUHAMMAD v. YOUNG, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–5166.  BERGNE v. CANDELARIA.  C. A. 9th Cir.  Certiorari denied.

No. 03–5167.  ARMSTRONG v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 03–5169.  ARMENDARIZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–5170.  CARABALLO-GONZALEZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 03–5171.  DOSSEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–5172.  ESTRADA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–5173.  CALDWELL v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 03–5174.  H. C. v. LEWIS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–5175.  WEEMS v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 03–5176.  BLOCH v. HOOD, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS REGIONAL COUNSEL FOR SOUTH CENTRAL REGION OF THE BUREAU OF PRISONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–5177.  WOODS, AKA SPENCER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.